**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:

VMT Long Term Care Management Co.
Washington Center for Aging Services
2601 18th St. NE
Washington, DC 20016

Civil Action, File Number __CA-07-1738 ESH__

__Kim Rasheeda SAvoy__
V.

__VMT Long Term Care Management Co., Inc__
__et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

_____ days, you (or the party on whose behalf you _____ plaint in any other manner permitted by law.

_____ behalf you are being served) must answer the _____ nt by default will be taken against you for the

_____ pt of Summons and Complaint By Mail was

(MS Official)

COMPLAINT
complaint in the above captioned manner at

_____ r and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Emma Harrell
2601 18th St. NE
Washington, DC 20018

Civil Action, File Number __CA-07-1738 ESH__

Kim Rasheeda Savoy
V.
VMT Long Term Care Management Co., Inc.
et al

The enclosed *summons* and *complaint* are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, _____ your signature your relationship to that entity. If _____ must indicate under your signature *your authority*.

07-0738    10-1-07  BB

____ days, you (or the party on whose behalf you _____ complaint in any other manner permitted by law.

_____ behalf you are being served) must answer the _____ by default will be taken against you for the

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Emma Harrell

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Andrea Jones   ☐ Agent   ☐ Addressee

B. Received by (Printed Name) Candace Jones
C. Date of Delivery 10-2

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7007 0710 0004 6579 1255

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED
OCT - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ eipt of Summons and Complaint By Mail was
_____ (USMS Official)
_____ COMPLAINT
_____ complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature    Form USM-299 (Rev. 6/95)