## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KIM RASHEEDA SAVOY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 07-1738 (ESH)** |
| | ) | |
| **VMT LONG TERM CARE** | ) | |
| **MANAGEMENT CO., INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Defendant Emma Harrell has filed a motion to dismiss the complaint, pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiff is proceeding *pro* se in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a

district court must take pains to advise a *pro se* party of the consequences of failing to respond to

a dispositive motion.  "That notice . . . should include an explanation that the failure to respond

. . . may result in the district court granting the motion and dismissing the case."  *Id*. at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant Harrell's motion to dismiss no later

than November 16, 2007.  If plaintiff neither responds nor moves for an extension of time by the

due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

DATE: October 16, 2007