



DCD_ECFNotice@dcd.uscourts.gov
10/01/2007 03:18 PM

To   DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject   Activity in Case 1:07-cv-01738-ESH SAVOY v. VMT LONG TERM CARE MANAGEMENT CO., INC. et al Order on Motion for Leave to Proceed in forma pauperis

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 10/1/2007 at 3:18 PM and filed on 9/28/2007
**Case Name:**        SAVOY v. VMT LONG TERM CARE MANAGEMENT CO., INC. et al
**Case Number:**      1:07-cv-1738
**Filer:**
**Document Number:**  No document attached

**Docket Text:**
FIAT ORDER granting [2] Motion for Leave to Proceed in forma pauperis. Signed by Judge Ellen S. Huvelle on 09/24/07. (jf, )


**1:07-cv-1738 Notice has been electronically mailed to:**

**1:07-cv-1738 Notice will be delivered by other means to::**

KIM RASHEEDA SAVOY
1340 Nichols Street, NW
Washington, DC 20011