**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| **KIM RASHEEDA SAVOY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 07-1738 (ESH)** |
| ) | |
| **VMT LONG TERM CARE** ) | |
| **MANAGEMENT CO., INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Defendant VMT Long Term Care Management, Inc. has filed a motion to dismiss the

complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Plaintiff is

proceeding *pro* se in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a

district court must take pains to advise a *pro se* party of the consequences of failing to respond to

a dispositive motion.  "That notice . . . should include an explanation that the failure to respond

. . . may result in the district court granting the motion and dismissing the case."  *Id*. at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant VMT Long Term Care

Management, Inc.'s motion to dismiss no later than November 16, 2007.  If plaintiff neither

responds nor moves for an extension of time by the due date, the Court may treat the motion as

-2-

conceded and dismiss plaintiff's complaint.

      **SO ORDERED**.


                                   _____/s/_____
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge


DATE: October 22, 2007