# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KIM RASHEEDA SAVOY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1738 (ESH) |
| | ) | |
| VMT LONG TERM CARE MANAGEMENT CO., INC., *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motions to dismiss [Dkt. #4, 7] are **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: November 27, 2007